UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

**RICHARD JAMES SONNIER, JR.**      CASE NO. 6:21-CV-00774

**VERSUS**      JUDGE ROBERT R. SUMMERHAYS

**COMMISSIONER OF SOCIAL SECURITY**      MAGISTRATE JUDGE WHITEHURST

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed, and having determined that the findings and recommendations are correct under the applicable law;

**IT IS ORDERED** that the Commissioner's decision should be REVERSED and REMANDED for an award of benefits to be computed and paid from the disability onset date, May 8, 2018, pursuant to the fourth sentence of 42 U.S.C. § 405(g).[1]

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 25th day of April, 2022.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE

---

[1] A fourth sentence remand constitutes a final judgment that triggers the filing period for an EAJA fee application. *Shalala v. Schaeffer*, 509 U.S. 292 (1993); *Freeman v. Shalala*, 2 F.3d 552, 553 (5th Cir. 1993).